UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

REGINA ZASLAVETS,

                           *Plaintiff,*

            -against-

EXPERIAN INFORMATION SOLUTIONS,
INC. TRANS UNION LLC, AND VERIZON
COMMUNICATIONS, INC.,

                    *Defendant(s).*

**Case No. 1:2024-cv-07374 (OEM) (CLP)**

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT
## Trans Union LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby stipulated and

agreed by and between Plaintiff, Regina Zaslavets, and Trans Union LLC, that the above-

titled action is hereby dismissed with prejudice against Defendant Trans Union LLC. Each

party will bear their own costs and attorney's fees.


/s/ James R. Ticchio
James R. Ticchio
Sherman & Ticchio PLLC
120 N. Main Street Suite 302B
New City, NY 10956
212-324-3874
james@st-legal.com
*Counsel for Plaintiff*

/s/ Joshua Allen Stiers
Joshua Allen Stiers
Trans Union, LLC
555 W Adams St.
Chicago, IL 60661
765-401-4230
joshua.stiers@transunion.com
*Counsel for Trans Union LLC*

SO ORDERED.

_____
Hon. Orelia E. Merchant, U.S.D.J.