UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

| | |
|---|---|
| REGINA ZASLAVETS, <br><br> *Plaintiff,* <br><br> -against- <br><br> EXPERIAN INFORMATION SOLUTIONS, INC. TRANS UNION LLC, AND VERIZON COMMUNICATIONS, INC., <br><br> *Defendant(s).* | Case No. 1:2024-cv-07374 (OEM) (CLP) |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby stipulated and agreed by and between Plaintiff, Regina Zaslavets, and Experian Information Solutions, Inc., that the above-titled action is hereby dismissed with prejudice against Defendant Experian Information Solutions, Inc. Each party will bear their own costs and attorney's fees.

/s/ James R. Ticchio
James R. Ticchio
Sherman & Ticchio PLLC
120 N. Main Street Suite 302B
New City, NY 10956
212-324-3874
james@st-legal.com
*Counsel for Plaintiff*

/s/ Jonathan P. Floyd
Jonathan P. Floyd
Troutman Pepper Hamilton Sanders, LLP
1001 Haxall Point Ste 1500
Richmond, VA 23219
804-697-1435
jonathan.floyd@troutman.com
*Counsel for Experian Information Solutions, Inc.*

SO ORDERED.

_____
Hon. Orelia E. Merchant, U.S.D.J.