UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

REGINA ZASLAVETS,

        *Plaintiff,*

-against-

EXPERIAN INFORMATION SOLUTIONS, INC. TRANS UNION LLC, AND VERIZON COMMUNICATIONS, INC.,

        *Defendant(s).*

Case No. 1:2024-cv-07374 (OEM) (CLP)

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT VERIZON COMMUNICATIONS, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby stipulated and agreed by and between Plaintiff, Regina Zaslavets, and Verizon Communications, Inc., that the above-titled action is hereby dismissed with prejudice against Defendant Verizon Communications, Inc. Each party will bear their own costs and attorney's fees.

/s/ James R. Ticchio
James R. Ticchio
Sherman & Ticchio PLLC
120 N. Main Street Suite 302B
New City, NY 10956
212-324-3874
james@st-legal.com
*Counsel for Plaintiff*

/s/ Curtis Groves
Curtis Groves
Verizon New York Inc.
i/s/h/a Verizon Communications, Inc.
1300 I Street NW St 500E
Washington DC 20005
202-515-2179
*Counsel for Verizon*

SO ORDERED.

_____
Hon. Orelia E. Merchant, U.S.D.J.